```
FILED
August 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002838195
```

TO:     CASE MANAGER

FROM:     Alison Manning
Office of the United States Trustee

DATE:     August 9, 2010

SUBJECT:     Chapter 11 First Meeting of Creditors

In re:     **Robert Lee Pelton and Virginia Ann Pelton**
Case No.:     **2010-40881 - A - 11**

**Please _set and notice_ the 341 meeting for this case as follows:**

DATE OF 341:   **09/07/2010**

TIME:   **2:00 PM**

LOCATION:  UNITED STATES TRUSTEE OFFICE
501 "I" Street, Suite 7-500
SACRAMENTO, CA 95814